(101) CITATION: PETITION FOR DAMAGES;   220502-1034-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ARTIMESE FRANCOIS
 versus
LOUISIANA GAMING LA 1, BOOMTOWN CASINO AND HOTEL

Case: 827-518   Div: "C"
P 1 ARTIMESE FRANCOIS

To: LOUISIANA GAMING LA 1
DBA BOOMTOWN CASINO AND HOTEL
JEANNINE RICHERT, COMPLIANCE MANAGER
4132 PETERS RD
HARVEY LA 70058

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JOE D. CONNELLY and was issued by the Clerk of Court on the 2nd day of May, 2022.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;   220502-1034-7

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal                    ___ Domiciary_____

Unable to serve:
___ Not at this address     ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____  # _____
              Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
## STATE OF LOUISIANA

82 7-518

**ARTIMESE FRANCOIS**

V.


P1|835

FILED FOR RECORD 04/25/2022 13:12:37
Mareasa K. Boudreaux, DY CLERK
JEFFERSON PARISH, LA

### Louisiana Gaming LA 1 dba Boomtown Casino and Hotel

DATE:_____

DIVISION:

CLERK:_____

### PETITION FOR DAMAGES
LSA C.C. Art. 2315

NOW COME PLAINTIFF/PETITIONER ARTIMESE FRANCOIS, who respectfully represent as follows:

I.

Petitioner is of the full age of majority, competent, and domiciled and residing in Harvey, State of Louisiana. She institutes this petition as a result of severe personal injuries she sustained, when she slipped and fell on the unmarked wet sidewalk on the premises of Boomtown Casino by the steps entering the facility. The sidewalk had no safety cones in place where the water was coming from the grass area onto the sidewalk. There were repair crews on site working.

II.

Defendant Louisiana Gaming LA1 dba Boomtown Casino and Hotel is located at 4132 Peters Rd. Harvey, LA 70058.

III.

Venue and Jurisdiction are proper in this Honorable Court, because Defendant Louisiana Gaming LA1 dba Boomtown Casino and Hotel, 4132 Peters Rd. Harvey, LA 70058.

A gaming company doing business in the State of Louisiana and has the State of Louisiana as its registered agent for service of process.

IV.

In accordance with the provisions of LSA R.S. 2315 and applicable case law, Defendant herein named is liable unto Petitioner/Plaintiff individually, severally, jointly and in solido, for special damages, including but not limited to medical expenses associated with

Page 1 of 2



05/02/2022 12:38:02 CERTIFIED TRUE COPY - Pg:1 of 2 - Jefferson Parish Clerk of Court - ID:2264884

treating Petitioner's injuries and general damages, including, but not limited to, past, current, and future pain and suffering; emotional distress, and mental anguish.

V.

On or about April 29, 2021, Petitioner was walking on the sidewalk to enter the gaming facility. As she walked on the sidewalk Petitioner slipped and fell hitting her buttocks on a wet and oily area caused by water coming from a grassy area. Upon falling Petitioner hit her buttocks, lower back, and knees, thus causing injury to her person. It is noted that Petitioner was treated at a hospital on Jefferson Highway and by Dr. Latoya Fulton.

VI.

Petitioner is entitled to damages including, but not limited to special damages for past and present medical expenses; and general damages for future medical expenses, physical pain and suffering, mental anguish, and emotional distress.

VII.

Wherefore Petitioner prays that Defendants named herein be cited and served with a copy of the petition.

VIII.

Petitioner prays further that after due proceedings, there be judgment in Petitioner's favor and against Defendants individually, severally, jointly, and in solido, together from the date of judicial demand, all costs of these proceedings, reasonable attorney fees, and all other general and equitable relief as deemed necessary and proper by this Honorable Court.

IX.

Petitioner further prays that she be given notice of all filings in this matter, through undersigned counsel.

Respectfully Submitted By:

Joe D. Connelly, #39569
Attorney
JD Connelly Law, LLC
JcnnellyLaw @gmail.com

Please Serve:
Jeannine Richert, Compliance Manager
Louisiana Gaming LA1 dba Boomtown Casino and Hotel
4132 Peters Rd.
Harvey, LA 70058

